UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

Debtor.

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

_____/

MIRABILIS VENTURES, INC.,

Plaintiff,

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

Defendants.

ADV. PRO. NO.: 6:08-ap-00223-KSJ

_____/

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Mirabilis Ventures, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

NONE

All corporate interests are located at 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No.: 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Tel: 407-481-5800 / Fax: 407-481-5801
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re:**

**MIRABILIS VENTURES, INC.,**

    Debtor.
_____/

**MIRABILIS VENTURES, INC.,**

    Plaintiff,

v.

**RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,**

    Defendants.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

ADV. PRO. NO.: 6:08-ap-00223-KSJ

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. First Class Mail, postage prepaid, to: Managing Partner, Rachlin, LLP, One S.E. Third Ave., 10th FL, Miami, FL 33131; Laurie S. Holtz, Rachlin, LLP, One S.E. Third Ave., 10th FL, Miami, FL 33131; Jose I. Marrero, Rachlin, LLP, 450 E. Las Olas Blvd., 9th FL, Fort Lauderdale, FL 33301; and to the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 this 31st day of December 2008.

                                          /s/ Elizabeth A. Green
                                          Elizabeth A. Green, Esq.