# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

    Defendants.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

ADV. PRO. NO.: 6:08-ap-00223-KSJ

## AGREED ORDER GRANTING MOTION TO DISMISS

THIS CAUSE having come before the Court regarding Defendants', RACHLIN COHEN & HOLTZ, LLP, a Florida limited liability partnership nka RACHLIN, LLP ("RACHLIN"); LAURIE S. HOLTZ, an individual ("HOLTZ"); and JOSE I. MARRERO, an individual ("MARRERO")(collectively, "Defendants") Motion to Dismiss Compliant ("Motion to Dismiss") filed on January 30, 2009 (Doc. No. 15), taking notice that Plaintiff, MIRABILIS VENTURES, INC. ("MVI") agrees to the entry

of this order as it will be amending said complaint, and otherwise being fully informed in the premises, it is hereby

**ORDERED:**

1. Defendants' Motion to Dismiss is granted, without prejudice.

2. MVI shall have fourteen (14) days from the date of this order to file its amended complaint with this Court.

3. Counsel for the Defendants will accept service of MVI's Amended Complaint and shall have thirty (30) days from the date of service to respond to MVI's Amended Complaint.

**DONE AND ORDERED** on March 4, 2009.

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Counsel for the Defendants**, Joseph A. DeMaria, Esq.,** Tew Cardenas LLP, 1441 Brickell Avenue, Suite 1500, Miami, FL 33131;

Counsel for the Plaintiff, **Elizabeth A. Green, Esq.**, Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Suite 600, Orlando, Florida 32801; and

Mirabilis Ventures, Inc., c/o **R.W. Cuthill, Jr.**, 341 Maitland Blvd., Suite 120, Maitland, Florida 32751.