# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **IN RE:** | **Case No. 6:08-bk-04327-KSJ** |
| **MIRABILIS VENTURES, INC.,** | |
| **Debtor,** /  | |
| **MIRABILIS VENTURES, INC.,** | **Adv Pro No. 6:08-ap-223-KSJ** |
| **Plaintiff,** | |
| vs. | |
| **MARCUM RACHLIN**, a division of **MARCUM LLP** fka **RACHLIN, LLP** fka **RACHLIN COHEN & HOLTZ, LLP,** a foreign limited liability partnership; **LAURIE S. HOLTZ**, an individual, and **JOSE I. MARRERO**, an individual, | |
| **Defendants.** / | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

**MIRABILIS VENTURES, INC.** (the "Debtor"), by and through its undersigned counsel, hereby moves, pursuant to Local Rule 2091-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, for an order substituting Roy S. Kobert and Todd K. Norman of the law firm of Broad and Cassel ("Broad and Cassel") and Robert C. Widman of the law firm of Morris & Widman, P.A., as its counsel in the above-referenced adversary proceeding, *nunc pro tunc* to October 19, 2009, and, in support thereof, states as follows:

1.  The Debtor desires to substitute Broad and Cassel and Morris & Widman for Latham, Shuker, Eden & Beaudine, LLP, as counsel of record for Debtor in this adversary proceeding, *nunc pro tunc* to October 19, 2009.

2. Latham, Shuker, Eden & Beaudine, LLP, shall be relieved of any further responsibility for representation of the Debtor in this adversary proceeding.

3. All papers to be served upon counsel for the Debtor in this adversary proceeding shall be directed and transmitted to substituted counsel as follows:

| | |
|---|---|
| Roy S. Kobert | Robert Widman |
| rkobert@broadandcassel.com | Widmor48@mwk-law.com |
| Todd K. Norman | Morris & Widman, P.A. |
| tnorman@broadandcassel.com | 245 N. Tamiami Trail, Suite E |
| Broad and Cassel | Venice, FL  34285 |
| 390 North Orange Avenue, Suite 1400 | 941-484-0646 (Tel) |
| Orlando, FL  32801 | 941-496-8870 (Fax) |
| 407-839-4200 (Tel) | |
| 407-425-8377 (Fax) | |

4. The Debtor has conferred with counsel for Marcum Rachlin fka Rachlin, LLP, fka Rachlin Cohen & Holtz, LLP, Laurie S. Holtz and Jose I. Marrero, and opposing counsel has no objection to the requested relief.

**WHEREFORE,** the Debtor respectfully requests the entry of an order, *nunc pro tunc,* to October 19, 2009, authorizing the Debtor to substitute Roy S. Kobert and Todd K. Norman of the law firm Broad and Cassel and Robert C. Widman of the law firm Morris & Widman as its counsel in this adversary proceeding and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 30th day of October 2009.

>/s/ R. Scott Shuker
>R. Scott Shuker
>rshuker@lseblaw.com
>Florida Bar No. 984469
>Latham, Shuker, Eden & Beaudine, LLP
>390 North Orange Avenue, Suite 600
>Orlando, FL  32801
>407-481-5800 (Tel)
>407-481-5801 (Fax)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**MIRABILIS VENTURES, INC.,**               Case No. 6:08-bk-04327-KSJ

         **Debtor,**
_____/

**MIRABILIS VENTURES, INC.,**

         **Plaintiff,**               Adv Pro No. 6:08-ap-223-KSJ

**vs.**

**MARCUM RACHLIN, a division of**
**MARCUM LLP fka RACHLIN, LLP fka**
**RACHLIN COHEN & HOLTZ, LLP,**
a foreign limited liability partnership;
**LAURIE S. HOLTZ,** an individual,
and **JOSE I. MARRERO,** an individual,

         **Defendants.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL** has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Roy S. Kobert, Esq./Todd K. Norman, Esq., Broad and Cassel, 390 N Orange Avenue, Suite 1400, Orlando, FL 32801; Robert C. Widman, Esq.,Morris & Widman, P.A., 245 N. Tamiami Trail, Suite E, Venice, FL 34285; Joseph A. DeMaria, Esq., Tew Cardenas LLP, 1441 Brickell Avenue, Suite 1500, Miami, FL 33131, this 30th day of October 2009.

                                             /s/ R. Scott Shuker
                                             R. Scott Shuker